UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

    Criminal No. 21-cr-20094

    Honorable Sean F. Cox

ANGELA HAYES,

    Defendant.

**GOVERNMENT'S MOTION AND ORDER
TO UNSEAL INFORMATION**

The United States of America hereby moves for an order unsealing the Information in this case, and states:

1. The Information in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal Informations.

3. The government requests that the Information be unsealed because there is no longer a concern that the Information needs to be under seal to prevent physical intimidation of a witness and to avoid jeopardizing an ongoing investigation.

4. Furthermore, the defendant is entitled to a copy of the Information.

WHEREFORE, the government requests this Court to issue an order unsealing the Information.

Respectfully submitted,

DAWN N. ISON
*United States Attorney*

*s/John J. McCormack*
John J. McCormack
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
211 W. Fort Street, Suite 2001
Detroit, MI 48226
John.McCormack.IV@usdoj.gov
(202) 262-7011

Dated: February 10, 2022

**IT IS SO ORDERED.**

**s/JONATHAN J.C. GREY**
Hon. Jonathan J.C. Grey
United States Magistrate Judge

Entered: February 10, 2022